**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document has been entered electronically in the record of the United States Bankruptcy Court for the Northern District of Ohio.**



Dated: November 20 2009

_____
Mary Ann Whipple
United States Bankruptcy Judge

BK0904468
RAH

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
AT TOLEDO

IN RE: | Case No. 09-36475

Kay A. Zienta
Michael N. Zienta | Chapter 7

Debtors | Judge Whipple

**ORDER FOR RELIEF FROM STAY AND ABANDONMENT PROPERTY LOCATED AT (1106 WEST COLE ROAD, FREMONT, OH 43420)**

This matter came to be considered on the Motion for Relief from Stay and Abandonment (the "Motion") filed by U.S. Bank N.A.

Movant has alleged that good cause exists for granting the Motion and that Debtors, counsel for Debtors, The Trustee, and all other necessary parties were served with the Motion and with notice of the hearing date of the Motion. No party filed a response or otherwise appeared in opposition to the Motion.

1

Based on this, it appears appropriate to grant the relief requested with respect to the property located at 1106 West Cole Road, Fremont, OH 43420.

**IT IS THEREFORE ORDERED:**

1. The Motion is granted and the automatic stay imposed by §362 of the Bankruptcy Code is terminated with respect to Movant, its successors, and assigns.

2. The Trustee is authorized and directed to abandon such Collateral.

**SUBMITTED BY:**

/s/ Jon J Lieberman, Case Attorney
Ohio Supreme Court #0058394
Romi T. Fox, Attorney
Ohio Supreme Court #0037l74
LERNER, SAMPSON & ROTHFUSS
Attorneys for Movant
PO Box 5480
Cincinnati, OH 45201-5480
(513) 241-3100, ext. 3287
(513) 354-6464 fax
bkynoh@lsrlaw.com

Copies to:

Citifinancial- Creditor
P.O. Box 699
North Olmsted, OH 44070
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Douglas Dymarkowski - Trustee
5431 Main Street
Sylvania, OH 43560
doug.dadlaw@bex.net
VIA ELECTRONIC SERVICE

Nathan M. Nishiki, Esq. - Attorney for Debtors
316 North Michigan
Suite 420
Toledo, OH 43604
sbick@ohiolegalclinic.com
VIA ELECTRONIC SERVICE

Office of the U.S. Trustee
Howard Metzenbaum, U.S. Courthouse
201 Superior Avenue
Cleveland, OH 44114
(Registered address)@usdoj.gov
VIA ELECTRONIC SERVICE

Kay A. Zienta - Debtor
1106 W. Cole Rd.
Fremont, OH 43420
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Michael N. Zienta - Debtor
2040 Elm Dr.
Fremont, OH 43420
ORDINARY U.S. MAIL, POSTAGE PRE-PAID

Jon J Lieberman, Esq.
Ohio Supreme Court #0058394
LERNER, SAMPSON & ROTHFUSS
P.O. Box 5480
Cincinnati, Ohio 45201-5480
VIA ELECTRONIC SERVICE